[87fd] [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09−bk−00372−MGW
Chapter 7

Carlos S Guerrero
1324 Brighton Way
Lakeland, FL 33813

_____Debtor*_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− Douglas N Menchise is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

BY THE COURT

Dated: February 27, 2012

*[signature]*

_____
Michael G. Williamson
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

*Set forth all names, including trade names, used by the debtor within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.