UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.: 8: 09-bk-00372 MGW
Chapter 7

Carlos S. Guerrero,

       Debtor,
_____/

MOTION TO REOPEN CHAPTER 7 CASE AND
FOR ORDER DIRECTING THE UNITED STATES
TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE

Nancy J. Gargula, United States Trustee for Region 21, by and through her duly authorized attorney, moves this Honorable Court, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for the entry of an order reopening the above captioned bankruptcy case and directing the United States Trustee to appoint a chapter 7 trustee, and asserts the following:

1. On January 12, 2009, the Debtor filed a voluntary chapter 11 petition. The case converted to chapter 7 on October 28, 2010.

2. The United States Trustee appointed Douglas N. Menchise as the chapter 7 trustee.

3. Trustee Menchise administered the case without a distribution to the unsecured creditors. The case closed February 27, 2012, and the trustee discharged.

4. The United States Trustee was notified of the possible collection of an asset that may be property of the bankruptcy estate.

5. Given the possibility for recovery of assets, a meaningful distribution could be made to creditors.

6. Accordingly, the bankruptcy case should be reopened pursuant to 11. U.S.C. § 350(b), and the United States Trustee directed to appoint a trustee to administer any available assets for the benefit of the bankruptcy estate and its creditors.

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court grant the motion, enter an order reopening the Chapter 7 case and setting aside the final decree, directing the United States Trustee to appoint a Chapter 7 Trustee, and for such other and additional relief that this Honorable Court deems appropriate under these premises.

Dated: 4 September 2020

    Respectfully submitted,

    NANCY J. GARGULA
    United States Trustee, Region 21

    By:   */s/*Steven Wilkes
         (Ala. Bar. No. WIL-278)
         Trial Attorney
         U.S. Department of Justice
         Office of the U.S. Trustee, Region 21
         501 East Polk St. Suite 1200
         Tampa, Florida 33602
         (813) 228-2000
         (813) 228-2303 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before 8 September 2020:

Carlos S. Guerrero
1324 Brighton Way
Lakeland, FL 33813

Electronically to: William J. Rinaldo, Debtor's Attorney

    /s/ J. Steven Wilkes