[8ogreope] [Order Granting Motion to Reopen Case]

ORDERED.

**Dated: September 8, 2020**

_Michael G. Williamson_
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Carlos S Guerrero

_____ Debtor* _____/

Case No.
8:09–bk–00372–MGW
Chapter 7

ORDER GRANTING MOTION TO REOPEN CASE

THIS CASE came on for consideration, without a hearing, upon the Motion to Reopen Case ("Motion") filed by U.S. Trustee in the above–captioned case. The Court has considered the record and finds that the Motion is well taken and should be granted

Accordingly, it is

**ORDERED:**

1. That the Motion to Reopen Case is hereby granted for the limited purpose of allowing:

☐ The Debtor to file an appropriate amendment to the schedules.

☐ The Debtor to file an appropriate Motion to Avoid Lien pursuant to § 522(f) of the Bankruptcy Code.

☐ The Debtor to file a complaint to determine dischargeability of a debt pursuant to § 523 of the Bankruptcy Code.

☐ The Debtor to file a Certification of Completion of Course in Personal Financial Management.

☐ The Debtor to remit the filing fee due pursuant to Fed. R. Bankr. P. 1006 to obtain a discharge.

☐ The Debtor to attend the Section 341 Meeting of Creditors to obtain a discharge.

☑ The Trustee, appointed by the United States Trustee, to administer assets.

☐

2. If the Debtor fails to file the appropriate document contemplated in the Motion within thirty (30) days from the date of entry of this Order, the Clerk of this Court is hereby directed to close this case without further order of this Court.

3. To the extent that the case is a Chapter 7 case being reopened for the purpose of allowing:

    a. The Debtor to file an amendment to schedule A, B or C;

    b. The Debtor to attend the Section 341 Meeting of Creditors to obtain a discharge; or

    c. The Trustee to administer assets;

the Order Approving, Discharging Trustee, Canceling Bond, and Closing Estate is hereby vacated and the case is reopened for this limited purpose. The United States Trustee is directed to appoint a Chapter 7 trustee to insure the efficient administration of the case pursuant to 11 U.S.C. § 703.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.