ORDERED.

Dated: October 22, 2020

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**In Re:**

Carlos S Guerrero   Case No.: 8:09-bk-00372-MGW
                    Chapter 7 case

    Debtors.
_____/

**ORDER APPROVING TRUSTEE'S APPLICATION FOR EMPLOYMENT OF STEVEN M. BERMAN, ESQ. AND THE LAW FIRM OF SHUMAKER, LOOP, & KENDRICK, LLP AS SPECIAL COUNSEL *NUNC PRO TUNC* TO SEPTEMBER 4, 2020**
(Doc. 336)

THIS CASE having come on for consideration without a hearing upon the Trustee's Application for Order Approving Employment of Steven M. Berman, Esq. and Shumaker, Loop & Kendrick, LLP as Special Counsel *Nunc Pro Tunc* to September 4, 2020 pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure (Doc. 336) (the "Application") filed by Douglas N. Menchise, as Chapter 7 Trustee, and this Court having reviewed the Application; having noted that any objections to the Application were not timely filed or have been withdrawn; and being otherwise familiar with the papers and pleadings in this cause, accordingly, it is

**ORDERED:**

1. The Application is **APPROVED** effective September 4, 2020, as set forth herein.

2. Steven M. Berman and Shumaker, Loop & Kendrick, LLP (collectively "Shumaker"), are hereby authorized to serve as special counsel to the Trustee, for the purpose of representing the Trustee as more particularly described in the Application.

3. The Trustee shall make no payment to Shumaker without first filing an Application for the allowance of such payment, and the subsequent entry of an Order approving same.

4. Further, compensation will be determined at a later date in accord with 11 U.S. Code §330.

***

Attorney Steven M. Berman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.