B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re Carlos S. Guerrero ,  Case No. 8:09-bk-00372-MGW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Addition Financial Credit Union | Fidelity Bank of Florida |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o James E. Sorenson
Post Office Box 3637
Tallahassee, FL 32315-3637

Phone: 850-388-0500
Last Four Digits of Acct #: 5919

Court Claim # (if known): 17-2
Amount of Claim: $307,642.61
Date Claim Filed: 05/05/2009

Phone: 407-425-5500
Last Four Digits of Acct. #: 5919

Name and Address where transferee payments should be sent (if different from above):
1000 Primera Blvd.
Lake Mary, FL 32746

Phone: 407-708-0967
Last Four Digits of Acct #: 5919

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *signature*          Date: 11/2/2020
Transferee/Transferee's Agent

**Penalty for making a false statement:** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.