# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-00372 MGW  
**Case Name:** GUERRERO, CARLOS S  

**Period Ending:** 03/31/21  

**Trustee:** (290770) DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 10/28/10 (c)  
**§341(a) Meeting Date:** 12/01/10  
**Claims Bar Date:** 03/01/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1324 Brighton Way, Lakeland FL Homeste (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 340,000.00 | 340,000.00 | | 0.00 | FA |
| 2 | 1141 U.S Hwl 92 "Oasis" see attached legal Exhib (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 459,121.00 | 459,121.00 | | 0.00 | FA |
| 3 | 1085 U.S. Hwy 92, Auburndale, Florida "Bubba's" (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 4 | 1239 E. Memorial Boulevard, Lakeland, Florida "G (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 438,177.00 | 438,177.00 | | 0.00 | FA |
| 5 | 203 N. Lake Parker Avenue, Lakeland, Florida "La (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 412,000.00 | 412,000.00 | | 0.00 | FA |
| 6 | 490 E. Howard Drive, Winter Haven, Florida "Lago (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 327,637.00 | 327,637.00 | | 0.00 | FA |
| 7 | 1505 Dundee Road Winter Haven, Florida 33884 "ra (u)<br>Imported from Amended Doc#: 310 Not Originally Scheduled | 112,480.00 | 112,480.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-00372 MGW
**Case Name:** GUERRERO, CARLOS S

**Period Ending:** 03/31/21

**Trustee:** (290770)   DOUGLAS N. MENCHISE
**Filed (f) or Converted (c):** 10/28/10 (c)
**§341(a) Meeting Date:** 12/01/10
**Claims Bar Date:** 03/01/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | cash<br>  Imported from Amended Doc#: 310 | 5.00 | 5.00 | | 0.00 | FA |
| 9 | Community Bank<br>  Imported from Amended Doc#: 310 | 25.67 | 25.67 | | 0.00 | FA |
| 10 | see attached schedule B, Item 4<br>  Imported from Amended Doc#: 310 | 1,250.00 | 1,250.00 | | 0.00 | FA |
| 11 | misc books and family pictures<br>  Imported from Amended Doc#: 310 | 50.00 | 50.00 | | 0.00 | FA |
| 12 | Petitioner's clothing is of no value to anyone b<br>  Imported from Amended Doc#: 310 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | watch and wedding band<br>  Imported from Amended Doc#: 310 | 100.00 | 100.00 | | 0.00 | FA |
| 14 | CMG Management, Inc 100% owner dissolved 09/2412 (u)<br>  Imported from Amended Doc#: 310 Not Originally Scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 15 | La Poderosa, LLC 100% owner<br>  Imported from Amended Doc#: 310 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Bubba Mud Ranch, LLC 100% owner dissolved on 9/2 (u)<br>  Imported from Amended Doc#: 310 Not Originally | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 09-00372 MGW  
**Case Name:** GUERRERO, CARLOS S  

**Period Ending:** 03/31/21

**Trustee:** (290770)  DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 10/28/10 (c)  
**§341(a) Meeting Date:** 12/01/10  
**Claims Bar Date:** 03/01/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Scheduled |  |  |  |  |  |
| 17 | Gonzo's Country Bar Night Club, LLC 100% owner d  (u)<br>    Imported from Amended Doc#: 310 Not Originally Scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | CDG, Holdings, LLC 100% owner dissolved 09/25/20  (u)<br>    Imported from Amended Doc#: 310 Not Originally Scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 19 | The Lagoon's Bar and Grill, LLC 100% owner disso  (u)<br>    Imported from Amended Doc#: 310 Not Originally Scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 20 | Lakeside Bar & Grill LLC 100% owner dissolved 9/  (u)<br>    Imported from Amended Doc#: 310 Not Originally Scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 21 | Frankie Grover Martin Santos / GB Enterprises Co  (u)<br>    Imported from Amended Doc#: 310 Not Originally Scheduled | 710,000.00 | 710,000.00 |  | 0.00 | FA |
| 22 | 2002 Cadilac Escalade<br>    Imported from Amended Doc#: 310 | 12,000.00 | 12,000.00 |  | 0.00 | FA |
| 23 | 1998 Toyota 4 Runner<br>    Imported from Amended Doc#: 310 | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 24 | 1995 Bayliner | 4,000.00 | 4,000.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case Number: | 09-00372 MGW | Trustee: | (290770) DOUGLAS N. MENCHISE |
|---|---|---|---|
| Case Name: | GUERRERO, CARLOS S | Filed (f) or Converted (c): | 10/28/10 (c) |
| | | §341(a) Meeting Date: | 12/01/10 |
| Period Ending: | 03/31/21 | Claims Bar Date: | 03/01/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from Amended Doc#: 310 | | | | | |
| 25 | Bulldozer located at 8100 US 33 North, Lakeland,  (u)<br>    Imported from Amended Doc#: 310 Not Originally Scheduled | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 26 | NON-PUBLICLY TRADED STOCK  (u)<br>    Apartment building<br>100% ownership in Bavic Realty Corp. which owns 3E 190th St., Bronx, N.Y. | Unknown | 2,500,000.00 | | 0.00 | 3,500,000.00 |
| 27 | RENTS-U  (u)<br>    Rents (u) | Unknown | 10,000.00 | | 0.00 | 10,000.00 |
| **27** | **Assets**       Totals  (Excluding unknown values) | **$3,137,845.67** | **$5,647,845.67** | | **$0.00** | **$3,510,000.00** |

**Major Activities Affecting Case Closing:**

   4-15-21 inspected property at 3 E. 193rd St., Bronx New York with realtor and counsel and interested purchasers.  3/25/21 trustee filed motion to employ real estate brokere to sell real estate located in Bronx, NY--Granted.  3/18/21 Court hearing set for 4-29-21 on trustee's motion for summary judgment adv. 20-557.  2/24/21 trustee's motion for summary judgment filed in adv. 20-557.   2/23/21 motion for contemp for not turning over documents to trustee filed.   1/15/21 Debtore's atty 's motion to withdraw as attorney granted and new counsel hired.  12-7-20 Court Order granting motion for turnover.  11-24-20 Emergency motion for turnover filed.  10/27/20 filed adv. 20-ap-557 against bavic realty for avoidance; turnover and dec. action.  10-22-20 Court Order approving employment of Steve Berman as special counel.    9-4-20 motion to reopen case filed.  9-8-20 Court RE-OPENED CASE,  CLOSED 2/27/12;

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-00372 MGW  
**Case Name:** GUERRERO, CARLOS S  

**Trustee:** (290770)   DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 10/28/10 (c)  
**§341(a) Meeting Date:** 12/01/10  

**Period Ending:** 03/31/21  

**Claims Bar Date:** 03/01/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** October 30, 2021    **Current Projected Date Of Final Report (TFR):** October 30, 2021